Haul Judge,
 

 delivered the opinion of the Court:— It is not necessary to enquire whether the legacies vested before the time pointed out for their payment. If they did not vest before that time, it is clear that all the grand-children are entitled ; if they did vest before that time, we aro authorised by the case of the
 
 Attorney General
 
 v.
 
 Crispin,
 
 (1
 
 Brown, Ch. Rep.
 
 386,) to say, that tiie consequence is the same. All the grand-children of Isabella Reston, living when her Thomas C. arrived to full age, are equally
 
 entitled.
 
 — (Ves. jun. 136. 2
 
 Id.
 
 687. 3
 
 Id.
 
 119, 150.
 
 Ambler,
 
 334.)